ture, or imposed an unreasonable sentence.

Evans's written plea agreement contains a waiver of the right to appeal his sentence. We enforce the waiver, because Evans knowingly and voluntarily entered into both the plea agreement and the appeal waiver, the arguments on appeal fall within the scope of the waiver, and no miscarriage of justice would result from enforcing it. *See United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir.2003) (en banc).

Having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issue for appeal beyond the scope of the appeal waiver. Accordingly, we dismiss this appeal. We also grant defense counsel's motion to withdraw.

Shawn Simmons, Sandstone, MN, pro se.

David J. MacLaughlin, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Shawn Simmons appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. Upon careful de novo review, *see Hill v. Morrison*, 349 F.3d 1089, 1091 (8th Cir.2003), we conclude that dismissal was proper for the reasons expressed by the district court, *see Superintendent v. Hill*, 472 U.S. 445, 454–57, 105 S.Ct. 2768, 86 L.Ed.2d 356 (1985). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

Shawn SIMMONS, Appellant,

v.

Dwight L. FONDREN,
Warden, Appellee.

No. 08–3901.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 2, 2009.

Filed: June 10, 2009.

UNITED STATES of America,
Appellee,

v.

Roberta Sue TOLBERT; A & R Equity Holdings, Defendants,

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.